IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Covington Specialty Insurance Company,<br><br>       Plaintiff,<br><br> vs.<br><br>The Agent Owned Realty Co. Service Group d/b/a Premier Group; and Anthony King, individually and as personal representative of Christina King, Daniel King and L.K. (a minor under 18),<br><br>       Defendant. | Civil Action No. 2:21-cv-680-BHH<br><br>**ORDER OF DISMISSAL** |

  The Court having been advised by counsel for the parties that the above action has been settled,

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

  IT IS SO ORDERED.

              s/ Bruce Howe Hendricks
              Bruce Howe Hendricks
              UNITED STATES DISTRICT JUDGE

July 21, 2021
Charleston, South Carolina